IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Mario Trujillo, | NO. C 10-5183 JW |
| Plaintiff(s), <br> v. | **ORDER REQUIRING JOINT STATUS STATEMENT** |
| Francisco Jacquez, et al, | |
| Defendant(s). | |

The above-entitled case has been reassigned from Judge Jeremy Fogel to Chief Judge James Ware. In light of the case reassignment, on or before **October 11, 2011**, the parties shall file a Joint Status Statement to update the Court on the current status of the case. After the Court has reviewed the Joint Status Statement, the Court may order a Case Management Conference, if necessary.

Any currently scheduled hearings on motions are vacated and the motions shall be terminated from the docket by the Clerk. The moving party shall renotice its motion in accordance with the Civil Local Rules of Court and the Court's Law and Motion calendar. To the extent that the Court's Law and Motion calendar is closed for a particular date, if a party contends that an urgent hearing is required, the party may file a Motion for Administrative Relief pursuant to the Local Rules requesting an expedited hearing. In addition, to the extent that the last date for hearing dispositive motions is affected by this reassignment, the parties may seek an extension of their case schedule in the Joint Status Statement.

Dated: September 29, 2011

JAMES WARE
United States District Chief Judge