UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARIO TRUJILLO, | No. 4:10-CV-5183 YGR (NJV) |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE |
| v. | |
| FRANCISCO JACQUEZ, et al., | |
| Defendants. _____/ | |

A settlement conference is currently set in this case for 10:00 a.m. on June 13, 2012, at Pelican Bay State Prison. Pursuant to the order entered May 21, 2012, by District Judge Rogers, that settlement conference is HEREBY VACATED. The settlement conference will be rescheduled by separate order.

IT IS SO ORDERED.

Dated: May 22, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARIO TRUJILLO, | No. 4:10-CV-5183 YGR (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| FRANCISCO JACQUEZ, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on May 22, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Mario Trujillo
F-99682
Pelican Bay State Prison
D7-224
P.O. Box 7500
Crescent City, CA 95531

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas