UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARIO TRUJILLO

    Plaintiff(s),

v.

FRANCISCO JACQUEZ, *et al.*,

    Defendants.

Case Number: 10-cv-5183 YGR

ORDER APPOINTING COUNSEL

    Because the Plaintiff has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, **Paul E. Stinson** and **Greg Schopf of Nixon Peabody LLP** are hereby appointed as counsel for Plaintiff Mario Trujillo in this matter.

    The scope of this referral shall be for:

☒ all purposes for the duration of the case

☐ the limited purpose of representing the litigant in the course of

    ☐ mediation

    ☐ early neutral evaluation

    ☐ settlement conference

    ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

    ☐ discovery as follows:

    ☐ other:

    All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

    IT IS SO ORDERED.

Dated: September 30, 2013

_____
United States District Judge