UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TRUJILLO,<br><br>                Plaintiff,<br><br>  vs.<br><br>FRANCISCO JACQUEZ, et al.,<br><br>                Defendants. | Case No. C-10-5183 YGR (PR)<br><br>**ORDER REGARDING TELEPHONIC ATTENDANCE FOR SETTLEMENT CONFERENCE**<br><br>Date: April 17, 2014<br>Time: 9:30 a.m.<br>Dept: Courtroom A, 15th Floor, SF<br><br>Trial Date: November 3, 2014<br>Date Action Filed: November 16, 2010 |

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to this Court's Notice of Settlement Conference, the settlement conference is scheduled for 9:30 a.m. on April 17, 2014, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Plaintiff Mario Trujillo shall appear at the settlement conference via telephone. Authorities at Pelican Bay State Prison are directed to coordinate and have plaintiff available for his telephonic appearance for the duration of the settlement conference.

The individual defendants are excused from personally appearing at the settlement conference. The representative from CDCR is required to personally attend.

IT IS SO ORDERED.

Dated: April 7, 2014

                                          NATHANAEL COUSINS
                                          United States Magistrate Judge

ORDER RE SETTLEMENT CONFERENCE
C-10-5183 YGR (PR)        1