**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARIO TRUJILLO,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**FRANCISCO JACQUEZ, *et al.*,**<br><br>      **Defendants.** | **Case No.: 10-CV-5183 YGR**<br><br>**ORDER DENYING AS MOOT JOINT REQUEST TO EXTEND DATE TO JOIN PARTIES OR AMEND PLEADINGS** |

The Court **DENIES AS MOOT** the parties' joint request to extend plaintiff's deadline to join parties or amend pleadings to April 10, 2014. (Dkt. No. 133.) On March 28, 2014, the day after joining in the joint request, plaintiff filed a motion for leave to file an amended complaint. (Dkt. No. 134.) The motion moots the joint request.

This Order terminates Docket No. 133.

**IT IS SO ORDERED**.

Date: April 8, 2014

                                                  **YVONNE GONZALEZ ROGERS**
                                              **UNITED STATES DISTRICT COURT JUDGE**