# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIO TRUJILLO,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**FRANCISCO JACQUEZ**, *et al.*,<br><br>      **Defendants.** | **Case No.: 10-CV-5183 YGR**<br><br>**ORDER APPROVING AS MODIFIED STIPULATION TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO AMEND COMPLAINT** |

Now before the Court is the parties' stipulation to modify the briefing schedule for plaintiff's motion to amend his complaint. (Dkt. Nos. 134 (motion), 139 (stipulation).) The Court **APPROVES** the stipulation, as modified:

- Defendants' opposition to plaintiff's motion shall be filed no later than **April 18, 2014**;
- Plaintiff's reply to any opposition shall be filed no later than **May 2, 2014**;
- The hearing date set for May 6, 2014, is **VACATED** pursuant to Civil Local Rule 7-1(b) and because counsel selected a hearing date on which the undersigned judge is unavailable. (*See* http://www.cand.uscourts.gov/CEO/cfd.aspx?7145.)

Plaintiff's motion shall be deemed submitted on the papers as of May 6, 2014. The Court shall reschedule oral argument if necessary.

This Order terminates Docket No. 139.

**IT IS SO ORDERED**.

Date: April 16, 2014

                                                  _____
                                                      **YVONNE GONZALEZ ROGERS**
                                                    **UNITED STATES DISTRICT COURT JUDGE**