**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARIO TRUJILLO,** | Case No.: 10-CV-5183 YGR |
| **Plaintiff,** | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| **v.** | |
| **FRANCISCO JACQUEZ,** *et al.,* | |
| **Defendants.** | |

Pursuant to the parties' stipulation and proposed order to modify the pretrial schedule (Dkt. No. 150), the Court hereby **SETS** a case management conference on its 2:00 p.m. case management calendar on **Monday, June 23, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

In this instance only, the parties are excused from the usual requirement of submitting a case management statement seven days prior to the case management conference. *See* Standing Order in Civil Cases, ¶ 6, *available at* http://cand.uscourts.gov/ygrorders.

The Court reserves as to the parties' stipulation.

**IT IS SO ORDERED**.

Date: June  6, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**