UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIO TRUJILLO,

        Plaintiff(s),

    v.

FRANCISCO JACQUEZ,

        Defendant(s).

No. C-10-05183 DMR

**ORDER FOR SUPPLEMENTAL MATERIALS**

Before the court is a joint discovery letter filed by the parties. [Docket No. 163.] The letter references at least four additional documents: (1) Defendants' May 2012 response to Plaintiff's request for production of "grievances, complaints, or other documents against defendants alleging excessive or unnecessary force occurring prior to February 16, 2009"; (2) a declaration by Shara Sonderlund; (3) a declaration by Private Barnts; and (4) the privilege log.

Defendants shall file the above documents as supplemental exhibits to the discovery letter and submit chambers copies by **12 p.m. on July 16, 2014**.

IT IS SO ORDERED.

Dated: July 15, 2014

DONNA M. RYU
United States Magistrate Judge