# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**MARIO TRUJILLO**,

    Plaintiff,

vs.

**FRANCISCO JACQUEZ**, *et al.*,

    Defendants.

Case No. 10-cv-5183 YGR

**ORDER STRIKING MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANTS; DENYING PLAINTIFF'S MOTION TO STRIKE AND MOTION TO SHORTEN TIME AS MOOT**

    Defendants Hickman, Moua, Kay, White, Jacquez, Avila, Polk, Long, and Reynoso filed their second motion for summary judgment on August 7, 2014. (Dkt. No. 173.) The filing does not comply with this Court's Standing Order in Civil Cases at paragraph 9(a). The Standing Order does not provide an exception to the Court's pre-filing conference requirement for civil rights actions where both plaintiff and defendants are represented. The motion for summary judgment is **STRICKEN** on those grounds.

    The Court further notes that the motion for summary judgment did not comply with this Court's Standing Order in Civil Cases at paragraph 9(c), requiring a separate statement of facts. Counsel must correct this deficiency in any future filing. Finally, in any future letter requesting a pre-filing conference, Defendants are directed to address why leave of Court to file an additional summary judgment motion should be permitted. *See* Standing Order in Civil Cases, paragraph 9(b).

    Based upon the foregoing, Plaintiff's motions to strike the summary judgment motion and to shorten time for hearing on that motion are **DENIED** as moot.

    This Order terminates Dkt. Nos. 173, 178, and 179.

    **IT IS SO ORDERED.**

Date: August 13, 2014

    _____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**