# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIO TRUJILLO**, <br><br>　　　Plaintiff, <br>　v. <br><br>**FRANCISCO JACQUEZ,** *et al.*, <br><br>　　　Defendants. | Case No. 10-cv-5183 YGR <br><br> **ORDER SETTING SUMMARY JUDGMENT MOTION PRE-FILING CONFERENCE** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to defendants' request for leave to file a combined motion for summary judgment and judgment on the pleadings (Dkt. No. 186), the Court sets a pre-filing conference for 2:00 p.m. on **Friday, September 5, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

**IT IS SO ORDERED.**

Date: August 21, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**