UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIO TRUJILLO**, <br><br> Plaintiff, <br><br> v. <br><br> **FRANCISCO JACQUEZ,** *et al.*, <br><br> Defendants. | Case No. 10-cv-5183 YGR <br><br> **TENTATIVE RULING RE: PRE-FILING CONFERENCE** |

The Court has carefully considered the letter briefs filed in connection with defendants' request for a pre-filing conference regarding a combined motion for summary judgment and judgment on the pleadings. (Dkt. Nos. 186, 189.) In light of prior motion practice raising the issue of administrative exhaustion (*e.g.*, Dkt. No. 144 at 9-10), the Court is not inclined to allow defendants to file the contemplated motion until discovery is closed.

The matter remains set on the Court's 2:00 p.m. Calendar for Friday, September 5, 2014. Defendants may still be heard if they choose. If they do not, defense counsel shall contact both plaintiff's counsel and the Court forthwith to have the matter taken off calendar, and this Tentative Ruling shall become the Order of the Court without further action.

**IT IS SO ORDERED.**

September 5, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**