IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCISCO JACQUEZ, et al.,<br><br>    Defendants. | Case No. 4:10-cv-05183 YGR (NC)<br><br>**ORDER REGARDING FURTHER SETTLEMENT CONFERENCE** |

Magistrate Judge Cousins is available for a further settlement conference in this case. By December 10, 2014, the parties must jointly report by email to ncpo@cand.uscourts.gov whether they would like to schedule a further conference to take place by February 12, 2015. If the parties request a conference, they should propose their preferred dates.

**IT IS SO ORDERED.**

Dated: November 26, 2014

_____
NATHANAEL COUSINS
United States Magistrate Judge