1

2

3

4                                 UNITED STATES DISTRICT COURT

5                               NORTHERN DISTRICT OF CALIFORNIA

6

7   **MARIO TRUJILLO**,                                 Case No.  10-cv-05183-YGR

                          Plaintiff,
8
                                                       **NOTICE OF TENTATIVE RULING AND
9           v.                                         HEARING**

10  **FRANCISCO JACQUEZ, ET AL.**,                      Re: Dkt. No. 196

                          Defendants.
11

12

13          TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE

14  FOLLOWING:

15          Having reviewed the papers submitted and the record in this case, the Court **tentatively**

16  rules as follows on defendants' pending motions (Dkt. No. 196):

17          1.  Defendants' Motion for Summary Judgment for failure to exhaust administrative

18              remedies is tentatively:

19                  a.  **DENIED** as to Count III (conditions of confinement).

20                  b.  **GRANTED** as to Count IV (retaliation) only insofar as that claim alleges

21                      retaliation through issuance of a false rules violation report.

22                  c.  **GRANTED** as to Count V (conspiracy) except as to its allegations against

23                      defendants Polk and Reynoso in connection with purportedly false

24                      statements that sent plaintiff to contraband surveillance watch.

25                  d.  **GRANTED** as to Count VI (supervisor liability).

26          2.  Defendants' Motion for Judgment on the Pleadings is tentatively (1) **GRANTED** as

27                                                    1

28

United States District Court
Northern District of California

1   to Count II on the ground that it fails to state a cognizable claim for relief and (2)

2   **DENIED** as to Counts II-V on statute of limitations grounds on the basis that those

3   claims relate back to the initial complaint in this action.

4   The Court **SETS** a hearing on this motion for **January 27, 2015** on the **2 p.m.** calendar in

5   Courtroom 1 of the U.S. District Court, 1301 Clay Street, Oakland, California.  The parties shall

6   advise the Court by **January 20, 2015** as to whether they submit to the tentative ruling.  If both

7   sides submit to the tentative ruling, then the January 27 hearing will be taken off calendar and a

8   comprehensive order shall issue.

9   **IT IS SO ORDERED.**

10   Dated: January 13, 2015

11   _____

12   **YVONNE GONZALEZ ROGERS**
    **UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California

2