Karl D. Belgum, State Bar No. 122752
kbelgum@nixonpeabody.com
Paul E. Stinson, State Bar No. 233486
pstinson@nixonpeabody.com
Blaire Z. Stokes, State Bar No. 271693
bstokes@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA  94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Jennifer Hayes, State Bar No. 241533
jenhayes@nixonpeabody.com
NIXON PEABODY LLP
2 Palo Alto Square
3000 El Camino Real, Suite 500
Palo Alto, California 94306-2106
Telephone:  (650) 320-7700
Facsimile:  (650) 320-7701

Attorneys for Plaintiff
Mario Trujillo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TRUJILLO,<br><br>                         Plaintiff,<br><br>     vs.<br><br>FRANCISCO JACQUEZ, et al.,<br><br>                         Defendants. | Case No. C-10-5183 YGR (PR)<br><br>**ORDER REGARDING TELEPHONIC ATTENDANCE FOR SETTLEMENT CONFERENCE** AS MODIFIED<br><br>Date: February 10, 2015<br>Time: 1:00 p.m.<br>Dept: ~~Courtroom 7, 4th Floor, San Jose~~<br>         Courtroom A, 15th Floor, San Francisco<br>Trial Date: July 6, 2015<br>Date Action Filed: November 16, 2010 |

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to this Court's Notice of Settlement Conference, the settlement conference is scheduled for 1:00 p.m. on February 10, 2015, in Courtroom 7, 4th Floor, 280 South 1st Street #2112, San Jose, CA.

      Plaintiff Mario Trujillo shall appear at the settlement conference via telephone. Authorities at Pelican Bay State Prison are directed to contact the Court's Courtroom ~~Technology~~ Deputy Lili Harrell at 408.535.5343, Lili_Harrell@cand.uscourts.gov ~~Specialist, Jackson Xu at 408-535-5384, Jackson_Xu@cand.uscourts.gov~~ to coordinate Plaintiff's telephonic appearance.

IT IS SO ORDERED.

Dated: __February 5, 2015__        _____
                                                    NATHANAEL COUSINS
                                                    United States Magistrate Judge

# PROOF OF SERVICE

**CASE NAME:** Trujillo v. Jacquez, et al.
**COURT:**    U.S. District Court, Northern District of California
**CASE NO:**  CV-10-5183-YGR
**CLM:**      099642.3196

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, San Francisco, California 94111. On this date, I served the following document(s):

**ORDER RE TELEPHONIC ATTENDANCE FOR SETTLEMENT CONFERENCE**

on the parties stated below, through their attorneys of record, as shown below by the following means of service:

 XX : Electronically - through CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Addressee(s)

Scott J. Feudale
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA  94612-0550

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 2, 2015 at San Francisco, California.

_s/Paul Stinson_

4825-8370-2302.1

ORDER RE TELEPHONIC ATTENDANCE FOR
SETTLEMENT CONFERENCE, C-10-5183 YGR (PR)            3