1  KAMALA D. HARRIS
   Attorney General of California
2  WILLIAM C. KWONG
   Supervising Deputy Attorney General
3  KYLE A. LEWIS
   Deputy Attorney General
4  State Bar No. 201041
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone: (415) 703-5500
6   Fax: (415) 703-5843
    E-mail: Kyle.Lewis@doj.ca.gov
7  *Attorneys for Defendants*
   *Attorneys for Defendants Hickman, Moua, Kay,*
8  *White, Jacquez, Polk, Long, and Reynoso*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIO TRUJILLO,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO JACQUEZ, et al.,<br><br>Defendants. | C 10-5183 YGR<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' PERSONAL APPEARANCE AT FURTHER SETTLEMENT CONFERENCE**<br><br>Date:       February 10, 2015<br>Time:       1:00 p.m.   San Francisco<br>Courtroom: ~~San Jose~~ Federal Courthouse, Courtroom ~~7 (4th Floor)~~ A, 15th Floor<br>Judge:      Hon. Nathanael M. Cousins |

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to this Court's Notice of Settlement Conference, a further settlement conference is scheduled for 1:00 p.m. on February 10, 2015, in Courtroom 7, 4th Floor, 280 South 1st Street #2112, San Jose, CA.

//

//

1

1  Defendants Hickman, Moua, Kay, White, Jacquez, Polk, Long, and Reynoso are excused from personally appearing at the settlement conference. A representative from the California Department of Corrections and Rehabilitations is required to personally attend the conference.

IT IS SO ORDERED.

Dated: February 5, 2015

**GRANTED**

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2

[Proposed] Order Re: Defs.' Personal Appearance Further Settlement Conf. (C 10-5183 YGR)