KAMALA D. HARRIS
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
KYLE A. LEWIS
Deputy Attorney General
State Bar No. 201041
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5500
 Facsimile:  (415) 703-5843
 E-mail: Kyle.Lewis@doj.ca.gov
*Attorneys for Defendants
Jacquez, Polk, Reynoso, Hickman, Kay, White, Long, Avila,
and Moua*

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
2/19/15

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MARIO TRUJILLO,

  Plaintiff,

v.

FRANCISCO JACQUEZ, et al.,

  Defendants.

Case No. C 10-5183 YGR

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**
(Fed. R. Civ. P. 41(a)(1)(A)(ii))

Plaintiff Mario Trujillo, CDCR No. F 99682, and Defendants Jacquez, Polk, Reynoso, Hickman, Kay, White, Long, Avila, and Moua have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

//

//

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 10-5183 YGR)

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: Feb. 10, 2015

Paul E. Stinson
Blaire Z. Stokes
Jennifer Hayes
NIXON PEABODY LLP
Counsel for Plaintiff Trujillo

Dated: Feb 10, 2015

Kyle A. Lewis
Deputy Attorney General
Attorneys for Defendants Jacquez, Polk, Reynoso, Hickman, Kay, White, Long, Avila, and Moua

SF2011200894
41204626.doc

2

# CERTIFICATE OF SERVICE

Case Name:   <u>M. Trujillo v. Jacquez, et al.</u>   No.   <u>C 10-5183 YGR</u>

I hereby certify that on <u>February 13, 2015</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>February 13, 2015</u>, at San Francisco, California.

|  |  |
|---|---|
| D. Criswell | *s/ D. Criswell* |
| Declarant | Signature |

41209504.doc